# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

B&H NATIONAL PLACE, INC., *et al.*,

    Plaintiffs/Counter-Defendants,

    v.

CHARLES BERESFORD, *et al.*,

    Defendants/Counter-Plaintiffs.

    v.

BYUNG KWON CHO & HANA CHO,

    Third-Party Defendants.

Civil Case No. 10-855 (RJL)

## ORDER
(March 24, 2012)

For the reasons set forth in the Memorandum Opinion entered this 24th day of March, 2012, it is hereby

**ORDERED** that the defendants' Motions for Summary Judgment [#51 and #52] are **GRANTED**; and it is further

**ORDERED** that the plaintiffs and third-party defendants' Motion for Summary Judgment [#62] is **DENIED** in part and **GRANTED** in part; and it is further

**ORDERED** that final judgment be entered for the defendants on all counts in the Amended Complaint; and it is further

**ORDERED** that final judgment be entered for the plaintiffs and third-party defendants on Five Guys Enterprises, LLC's counterclaims and third-party claims.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge